IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: ST. JUDE MEDICAL, INC. SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION | ) | MDL No. 01-1396<br>Civil No. 01-930 JRT/FLN |
| JACKIE B. OATSVALL, Surviving Wife of James E. Oatsvall, Deceased, JAMES T. OATSVALL, JAN M. DEDMON, WILLIAM G. OATSVALL, and JOHN K. OATSVALL, Surviving Children of James E. Oatsvall, Deceased,<br><br>PLAINTIFFS,<br><br>VS.<br><br>ST. JUDE MEDICAL, INC.,<br><br>DEFENDANT. | ) | (USDC Middle District of Tennessee Case No. 3:00-1270) |

PLAINTIFFS' SUPPLEMENTAL RULE 26 DISCLOSURES

Plaintiffs, pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, hereby submit the following supplemental disclosure:

(C) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing

SCANNED
AUG 17 2004
U.S. DISTRICT COURT MPLS

SUPPLEMENTAL RESPONSE: See original and first supplemental response. In addition, plaintiff Jackie Oatsvall had out-of-pocket expenses in the amount of $22,376.50; a loss of income from her part time job (October, 1999 to October 7, 2000) in the amount of $7,000; and loss of income for Mr. Oatsvall. Prior to Mr. Oatsvall's death, he was receiving yearly retirement income in the amount of $16,980.00 ($1,415.00 per month) from Dupont. Since his death, Mrs. Oatsvall receives annual income of $6,924.00 ($577 per month) from Dupont. This equals lost income in the amount of $10,056.00 per year.

Respectfully submitted,

KINNARD, CLAYTON & BEVERIDGE

By: ______________________________
Daniel L. Clayton #12600
The Woodlawn
127 Woodmont Boulevard
Nashville, Tennessee 37205
(615) 297-1007

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document has been mailed, postage prepaid, to:

DeWitt M. Shy, Jr., Esq.
BURCH, PORTER & JOHNSON
130 North Court Avenue

Memphis, Tennessee 38103
(901) 524-5000

on this the 11th day of August, 2004.

Daniel L. Clayton

## OUT OF POCKET EXPENSES FROM DECEMBER 1999 TO JULY 2000

**Lodging:**

| | |
|---|---|
| Inn at St. Thomas ($44.50 per day x 270 days) | $12,015.00 |
| Seton Lodge ($22.50 per day x 14 days) | $ 311.50 |
| **Meals** | |
| $15.00 per day for 270 days | $ 4,050.00 |
| **Gasoline Expense**<br>from Camden to Nashville to physicians | $ 500.00 (approx) |
| **Out of pocket Medical expenses** | $ 5,00000 |
| **TOTAL OUT OF POCKET EXPENSES** | **$22,376.50** |

# Form 1040 — Department of the Treasury - Internal Revenue Service
## U.S. Individual Income Tax Return 1999 (99)

IRS Use Only - Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 1999, or other tax year beginning , 1999, ending — OMB No. 1545-0074

**Label** (See instructions on page 18.) Use the IRS label. Otherwise, please print or type.

| LABEL HERE | | |
|---|---|---|
| Your first name and initial: JAMES E. | Last name: OATSVALL | Your social security number: 412 50 5670 |
| If a joint return, spouse's first name and initial: JACKIE B. | Last name: OATSVALL | Spouse's social security number: 409 66 6354 |
| Home address (number and street). If you have a P.O. box, see page 18.: P.O. BOX 126 | Apt. no. | ▲ IMPORTANT! ▲ You must enter your SSN(s) above. |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 18.: HOLLADAY, TN 38341 | | |

**Presidential Election Campaign** (See page 18.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | | X |
| If a joint return, does your spouse want $3 to go to this fund? | | X |

Note: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status** — Check only one box.

1. [ ] Single
2. [X] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's soc. sec. no. above and full name here. ▶
4. [ ] Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 18.)

**Exemptions**

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a

b [X] Spouse

No. of boxes checked on 6a and 6b: 2

c Dependents:

| (1) First name / Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see page 19.

No. of your children on 6c who: • lived with you • did not live with you due to divorce or separation (see page 19) Dependents on 6c not entered above

d Total number of exemptions claimed — Add numbers entered on lines above ▶ 2

**Income**

Attach Copy B of your Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld. If you did not get a W-2, see page 20. Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 6,654. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 686. |
| b | Tax-exempt interest. DO NOT include on line 8a — 8b | | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 0. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions 15a — b Taxable amount (see page 22) | 15b | |
| 16a | Total pensions and annuities 16a 46,398. — b Taxable amount (see page 22) | 16b | 45,780. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a 12,402. — b Taxable amount (see page 24) | 20b | 10,542. |
| 21 | Other income. List type and amount (see page 24) ESTATE ADMINISTRATOR FEE 10,000. PATRONAGE DIVIDEND 5. | 21 | 10,005. |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 73,667. |

**Adjusted Gross Income**

| Line | Description | | Amount |
|---|---|---|---|
| 23 | IRA deduction (see page 26) | 23 | |
| 24 | Student loan interest deduction (see page 26) | 24 | |
| 25 | Medical savings account deduction. Attach Form 8853 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed health insurance deduction (see page 28) | 28 | |
| 29 | Keogh and self-employed SEP and SIMPLE plans | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | |
| 32 | Add lines 23 through 31a | 32 | |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | 33 | 73,667. |

910001 10-29-99 LHA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 54.

Form 1040 (1999) JAMES E. & JACKIE B. OATSVALL 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 OMB No. 1545-0074 Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 34 Amount from line 33 (adjusted gross income) | | 34 | 73,667. |
| | 35a Check if: [X] You were 65 or older, [ ] Blind; [ ] Spouse was 65 or older, [ ] Blind. Add the number of boxes checked above and enter the total here ▶ 35a | 1 | | |
| Standard Deduction for Most People | b If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see page 30 and check here ▶ 35b [ ] | | | |
| Single: $4,300 Head of household: $6,350 | 36 Enter your **itemized deductions** from Schedule A, line 28, **OR standard deduction** shown on the left. But see page 30 to find your standard deduction if you checked any box on line 35a or 35b or if someone can claim you as a dependent | | 36 | 8,050. |
| | 37 Subtract line 36 from line 34 | | 37 | 65,617. |
| | 38 If line 34 is $94,975 or less, multiply $2,750 by the total number of exemptions claimed on line 6d. If line 34 is over $94,975, see the worksheet on page 31 for the amount to enter | | 38 | 5,500. |
| | 39 **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | | 39 | 60,117. |
| Married filing jointly or Qualifying widow(er): $7,200 | 40 **Tax.** (see page 31). Check if any tax from a [ ] Form(s) 8814 b [ ] Form 4972 ▶ | | 40 | 11,239. |
| | 41 Credit for child and dependent care expenses. Attach Form 2441 | 41 | | |
| Married filing separately: $3,600 | 42 Credit for the elderly or the disabled. Attach Schedule R | 42 | | |
| | 43 Child tax credit (see page 33) | 43 | | |
| | 44 Education credits. Attach Form 8863 | 44 | | |
| | 45 Adoption credit. Attach Form 8839 | 45 | | |
| | 46 Foreign tax credit. Attach Form 1116 if required | 46 | | |
| | 47 Other. Check if from a [ ] Form 3800 b [ ] Form 8396 c [ ] Form 8801 d [ ] Form (specify) | 47 | | |
| | 48 Add lines 41 through 47. These are your **total credits** | | 48 | |
| | 49 Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ▶ | | 49 | 11,239. |
| **Other Taxes** | 50 Self-employment tax. Attach Schedule SE | | 50 | |
| | 51 Alternative minimum tax. Attach Form 6251 | | 51 | |
| | 52 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | 52 | |
| | 53 Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | | 53 | |
| | 54 Advance earned income credit payments from Form(s) W-2 | | 54 | |
| | 55 Household employment taxes. Attach Schedule H | | 55 | |
| | 56 Add lines 49 through 55. This is your **total tax** ▶ | | 56 | 11,239. |
| **Payments** | 57 Federal income tax withheld from Forms W-2 and 1099 | 57 6,966. | | Statement 4 |
| | 58 1999 estimated tax payments and amount applied from 1998 return | 58 | | |
| | 59a **Earned income credit.** Attach Sch. EIC if you have a qualifying child b Nontaxable earned income: amount ▶ and type ▶ | 59a | | |
| | 60 Additional child tax credit. Attach Form 8812 | 60 | | |
| | 61 Amount paid with request for extension to file (see page 48) | 61 | | |
| | 62 Excess social security and RRTA tax withheld (see page 48) | 62 | | |
| | 63 Other payments. Check if from a [ ] Form 2439 b [ ] Form 4136 | 63 | | |
| | 64 Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** ▶ | | 64 | 6,966. |
| **Refund** | 65 If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you OVERPAID | | 65 | |
| Have it directly deposited! See page 48 and fill in 66b, 66c, and 66d. | 66a Amount of line 65 you want REFUNDED TO YOU ▶ b Routing number ▶ c Type: [ ] Checking [ ] Savings d Account number | | 66a | |
| | 67 Amount of line 65 you want APPLIED TO YOUR 2000 ESTIMATED TAX ▶ | 67 | | |
| **Amount You Owe** | 68 If line 56 is more than line 64, subtract line 64 from line 56. This is the AMOUNT YOU OWE. For details on how to pay, see page 49 ▶ | | 68 | 4,311. |
| | 69 Estimated tax penalty. Also include on line 68 | 69 38. | | |

**Sign Here** Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime telephone number (optional) |
|---|---|---|---|
| ✓ | | | (901)584-7827 |
| Spouse's signature. If a joint return, BOTH must sign. ✓ | Date | Spouse's occupation | |

**Paid Preparer's Use Only**

| | | | | |
|---|---|---|---|---|
| Preparer's signature | Sherry D. Collomp | Date 03/08/00 | Check if self-employed [X] | Preparer's SSN or PTIN P00070108 |
| Firm's name (or yours if self-employed) and address | SHERRY D. COLLOMP, CPA P.O. BOX 180 CAMDEN, TN | | EIN | 62 1040628 |
| | | | ZIP code | 38320 |

910002 10-18-99

Form **2210**

Department of the Treasury
Internal Revenue Service

# Underpayment of Estimated Tax by Individuals, Estates, and Trusts

▶ See separate instructions.
▶ Attach to Form 1040, 1040A, 1040NR, 1040NR-EZ, or 1041.

OMB No. 1545-0140
1999
Attachment Sequence No. 06

Name(s) shown on tax return: JAMES E. & JACKIE B. OATSVALL

Identifying number: 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

**Note:** *In most cases, you* **do not** *need to file Form 2210. The IRS will figure any penalty you owe and send you a bill. File Form 2210* **only** *if one or more boxes in Part I apply to you. If you do not need to file Form 2210, you still may use it to figure your penalty. Enter the amount from Part III, line 21, or Part IV, line 35, on the penalty line of your return, but* **do not** *attach Form 2210.*

## Part I Reasons for Filing

If 1a, 1b, or 1c below applies to you, you may be able to lower or eliminate your penalty. But you MUST check the boxes that apply and file Form 2210 with your tax return. If 1d below applies to you, check that box and file Form 2210 with your tax return.

1 Check whichever boxes apply (if none apply, see the **Note** above):

a ☐ You request a **waiver**. In certain circumstances, the IRS will waive all or part of the penalty. See **Waiver of Penalty** on page 2 of the instructions.

b ☐ You use the **annualized income installment method**. If your income varied during the year, this method may reduce the amount of one or more required installments. See page 4 of the instructions.

c ☐ You had Federal income tax withheld from wages and, for estimated tax purposes, you treat the withheld tax as paid on the dates it was actually withheld, instead of in equal amounts on the payment due dates. See the instructions for line 23 on page 3.

d ☐ Your required annual payment (line 14 below) is based on your 1998 tax and you filed or are filing a joint return for either 1998 or 1999 but not for both years.

## Part II Required Annual Payment

| Line | Description | | Amount | Line | Amount |
|---|---|---|---|---|---|
| 2 | Enter your 1999 tax after credits (see page 2 of the instructions) | | | 2 | 11,239. |
| 3 | Other taxes (see page 2 of the instructions) | | | 3 | |
| 4 | Add lines 2 and 3 | | | 4 | 11,239. |
| 5 | Earned income credit | 5 | | | |
| 6 | Additional child tax credit | 6 | | | |
| 7 | Credit for Federal tax paid on fuels | 7 | | | |
| 8 | Add lines 5, 6, and 7 | | | 8 | |
| 9 | Current year tax. Subtract line 8 from line 4 | | | 9 | 11,239. |
| 10 | Multiply line 9 by 90% (.90) | 10 | 10,115. | | |
| 11 | Withholding taxes. **Do not** include any estimated tax payments on this line (see page 2 of the instructions) | | | 11 | 6,966. |
| 12 | Subtract line 11 from line 9. If less than $1,000, stop here, **do not** complete or file this form. You do not owe the penalty | | | 12 | 4,273. |
| 13 | Enter the tax shown on your 1998 tax return (105% of that amount if the adjusted gross income shown on that return is more than $150,000, or, if married filing separately for 1999, more than $75,000). **Caution:** *See instructions* | | | 13 | 7,676. |
| 14 | **Required annual payment.** Enter the **smaller** of line 10 or line 13 | | | 14 | 7,676. |

**Note:** *If line 11 is equal to or more than line 14, stop here; you do not owe the penalty.* **Do not** *file Form 2210 unless you checked box 1d above.*

## Part III Short Method (Caution: *See page 2 of the instructions to find out if you can use the short method. If you checked box 1b or 1c in Part I, skip this part and go to Part IV.*)

| Line | Description | | Amount | Line | Amount |
|---|---|---|---|---|---|
| 15 | Enter the amount, if any, from line 11 above | 15 | 6,966. | | |
| 16 | Enter the total amount, if any, of estimated tax payments you made | 16 | | | |
| 17 | Add lines 15 and 16 | | | 17 | 6,966. |
| 18 | **Total underpayment for year.** Subtract line 17 from line 14. If zero or less, stop here; you do not owe the penalty. Do not file Form 2210 unless you checked box 1d above | | | 18 | 710. |
| 19 | Multiply line 18 by .05336 | | | 19 | 38. |
| 20 | • If the amount on line 18 was paid on or after 4/15/00, enter -0-. • If the amount on line 18 was paid before 4/15/00, make the following computation to find the amount to enter on line 20. Amount on line 18 x Number of days paid before 4/15/00 x .00022 | | | 20 | 0. |
| 21 | PENALTY. Subtract line 20 from line 19. Enter the result here and on Form 1040, line 69; Form 1040A, line 44; Form 1040NR, line 68; Form 1040NR-EZ, line 27; or Form 1041, line 26 ▶ | | | 21 | 38. |

LHA For Paperwork Reduction Act Notice, see page 1 of separate instructions.

Form 2210 (1999)

912501
01-03-00

6.1

Schedules A&B (Form 1040) 1999 | OMB No 1545-0074 | Page 2

Name(s) shown on Form 1040. Do not enter name and social security number if shown on page 1.

JAMES E. & JACKIE B. OATSVALL

Your social security number: 412 50 5670

## Schedule B - Interest and Ordinary Dividends

Attachment Sequence No. 08

**Part I Interest**

Note. If you had over $400 in taxable interest, you must also complete Part III.

Note: If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | | | Amount |
|---|---|---|---|
| 1 | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶ | | |
| | LAKESIDE EMPLOYEE CU | 1 | 97. |
| | UNION PLANTERS | | 35. |
| | BANK OF CAMDEN | | 554. |
| 2 | Add the amounts on line 1 | 2 | 686. |
| 3 | Excludable interest on series EE and I U.S. savings bonds issued after 1989 from Form 8815, line 14. You MUST attach Form 8815 | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | 4 | 686. |

**Part II Ordinary Dividends**

Note. If you had over $400 in ordinary dividends, you must also complete Part III.

Note: If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

| | | | Amount |
|---|---|---|---|
| 5 | List name of payer. Include only ordinary dividends. If you received any capital gain distributions, see the instructions for Form 1040, line 13. ▶ | 5 | |
| 6 | Add the amounts on line 5. Enter the total here and on Form 1040, line 9 | 6 | |

**Part III Foreign Accounts and Trusts**

| | You must complete this part if you (a) had over $400 of interest or ordinary dividends; (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | Yes | No |
|---|---|---|---|
| 7a | At any time during 1999, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? | | X |
| b | If "Yes," enter the name of the foreign country ▶ | | |
| 8 | During 1999, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See page B-2 | | X |

LHA For Paperwork Reduction Act Notice, see Form 1040 instructions. Schedule B (Form 1040) 1999

927501
10-11-99

SCHEDULE D (Form 1040)

Department of the Treasury Internal Revenue Service (99)

# Capital Gains and Losses

▶ Attach to Form 1040. ▶ See Instructions for Schedule D (Form 1040).

OMB No. 1545-0074

1999

Attachment Sequence No. 12

Name(s) shown on Form 1040: JAMES E. & JACKIE B. OATSVALL

Your social security number: 412 50 5670

## Part I Short-Term Capital Gains and Losses - Assets Held One Year or Less

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired | (c) Date sold | (d) Sales price | (e) Cost or other basis | (f) GAIN or (LOSS) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 1 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 2 Enter your short-term totals | | 2 | | | |
| 3 Total short-term sales price amounts. Add column (d) of lines 1 and 2 | | 3 | | | |

| | | |
|---|---|---|
| 4 Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | 4 | |
| 5 Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 5 | |
| 6 Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 1998 Capital Loss Carryover Worksheet | 6 | ( ) |
| 7 Net short-term capital gain or (loss). Combine lines 1 through 6 in column (f) ▶ | 7 | |

## Part II Long-Term Capital Gains and Losses - Assets Held More Than One Year

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired | (c) Date sold | (d) Sales price | (e) Cost or other basis | (f) GAIN or (LOSS) Subtract (e) from (d) | (g) 28% RATE GAIN or (LOSS) * (see instr. below) |
|---|---|---|---|---|---|---|
| 8 SALE OF HOME | 10/01/95 | 01/13/99 | 79,000. | 79,000. | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 9 Enter your long-term totals | | 9 | | | | |
| 10 Total long-term sales price amounts. Add column (d) of lines 8 and 9 | | 10 | 79,000. | | | |

| | | (f) | (g) |
|---|---|---|---|
| 11 Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | 11 | | |
| 12 Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 12 | | |
| 13 Capital gain distributions | 13 | | |
| 14 Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 13 of your 1998 Capital Loss Carryover Worksheet | 14 | ( ) | ( ) |
| 15 Combine lines 8 through 14 in column (g) | 15 | | |
| 16 Net long-term capital gain or (loss). Combine lines 8 through 14 in column (f) ▶ | 16 | | |

Next: Go to Part III on page 2.

* 28% Rate Gain or Loss includes all "collectibles gains and losses" and up to 50% of the eligible gain on qualified small business stock.

LHA For Paperwork Reduction Act Notice, see Form 1040 instructions. Schedule D (Form 1040) 1999

920511/10-11-99

Schedule D (Form 1040) 1999 JAMES E. & JACKIE B. OATSVALL 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 Page 2

## Part III Summary of Parts I and II

17 Combine lines 7 and 16. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13 | 17

Next: Complete Form 1040 through line 39. Then, go to **Part IV** to figure your tax if:

- Both lines 16 and 17 are gains, **and**
- Form 1040, line 39, is more than zero.

18 If line 17 is a loss, enter here and as a (loss) on Form 1040, line 13, the **smaller** of these losses:

- The loss on line 17, or
- ($3,000) or, if married filing separately, ($1,500) | 18 ( )

**Next:** Skip Part IV below. Instead, complete Form 1040 through line 37. Then, complete the **Capital Loss Carryover Worksheet** if:

- The loss on line 17 exceeds the loss on line 18, or
- Form 1040, line 37, is a loss.

## Part IV Tax Computation Using Maximum Capital Gains Rates

| | | |
|---|---|---|
| 19 Enter your taxable income from Form 1040, line 39 | | 19 |
| 20 Enter the **smaller** of line 16 or line 17 of Schedule D | 20 | |
| 21 If you are filing Form 4952, enter the amount from Form 4952, line 4e | 21 | |
| 22 Subtract line 21 from line 20. If zero or less, enter -0- | 22 | |
| 23 Combine line 7 and 15. If zero or less, enter -0- | 23 | |
| 24 Enter the **smaller** of line 15 or line 23, but not less than zero | 24 | |
| 25 Enter your unrecaptured section 1250 gain, if any, from line 16 of the worksheet | 25 | |
| 26 Add lines 24 and 25 | 26 | |
| 27 Subtract line 26 from line 22. If zero or less, enter -0- | | 27 |
| 28 Subtract line 27 from line 19. If zero or less, enter -0- | | 28 |
| 29 Enter the **smaller** of: • The amount on line 19, or • $25,750 if single; $43,050 if married filing jointly or qualifying widow(er); $21,525 if married filing separately; or $34,550 if head of household | | 29 |
| 30 Enter the **smaller** of line 28 or line 29 | 30 | |
| 31 Subtract line 22 from line 19. If zero or less, enter -0- | 31 | |
| 32 Enter the **larger** of line 30 or line 31 ▶ | 32 | |
| 33 Figure the tax on the amount on line 32. Use the Tax Table or Tax Rate Schedules, whichever applies | | 33 |
| **Note.** If line 29 is less than line 28, go to line 38. | | |
| 34 Enter the amount from line 29 | 34 | |
| 35 Enter the amount from line 28 | 35 | |
| 36 Subtract line 35 from line 34. If zero or less, enter -0- ▶ | 36 | |
| 37 Multiply line 36 by 10% (.10) | | 37 |
| **Note.** If line 27 is more than zero and equal to line 36, go to line 52. | | |
| 38 Enter the **smaller** of line 19 or line 27 | 38 | |
| 39 Enter the amount from line 36 | 39 | |
| 40 Subtract line 39 from line 38 ▶ | 40 | |
| 41 Multiply line 40 by 20% (.20) | | 41 |
| **Note.** If line 25 is zero or blank, skip lines 42 through 47 and read the note above line 48. | | |
| 42 Enter the **smaller** of line 22 or line 25 | 42 | |
| 43 Add lines 22 and 32 — 43 | | |
| 44 Enter the amount from line 19 — 44 | | |
| 45 Subtract line 44 from line 43. If zero or less, enter -0- | 45 | |
| 46 Subtract line 45 from line 42. If zero or less, enter -0- ▶ | 46 | |
| 47 Multiply line 46 by 25% (.25) | | 47 |
| **Note.** If line 24 is zero or blank, go to line 52. | | |
| 48 Enter the amount from line 19 | 48 | |
| 49 Add lines 32, 36, 40, and 46 | 49 | |
| 50 Subtract line 49 from line 48 | 50 | |
| 51 Multiply line 50 by 28% (.28) | | 51 |
| 52 Add lines 33, 37, 41, 47, and 51 | | 52 |
| 53 Figure the tax on the amount on line 19. Use the Tax Table or Tax Rate Schedules, whichever applies | | 53 |
| 54 **Tax on taxable income (including capital gains).** Enter the **smaller** of line 52 or line 53 here and on Form 1040, line 40 ▶ | | 54 |

920512 11-04-99

JAMES E. & JACKIE B. OATSVALL 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

| Form 1040 | Pensions and Annuities | Statement 1 |
|---|---|---|

I ƆNT

| | | |
|---|---|---|
| Amount received this year | 29,418. | |
| Nontaxable amount | 618. | |
| Capital Gain Distribution reported on Sch D | | |
| Amount included in Form 1040, line 16b | | 28,800. |
| DUPONT | | |
| Amount received this year | 16,980. | |
| Nontaxable amount | | |
| Capital Gain Distribution reported on Sch D | | |
| Amount included in Form 1040, line 16b | | 16,980. |
| Total included in Form 1040, line 16b | | 45,780. |

510014090

| | | |
|---|---|---|
| c Employer's name, address, and ZIP code<br>E. I. DU PONT DE NEMOURS AND CO.<br>1007 MARKET STREET<br>WILMINGTON, DE 19898 | 250.26 | |
| | 3 Social security wages<br>250.26 | 4 Social security tax withheld |
| | 5 Medicare wages and tips<br>250.26 | 6 Medicare tax withheld |
| | 7 Social security tips | 8 Allocated tips |
| Employee's social security number<br>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 | 9 Advance EIC payment | 10 Dependent care benefits |
| e Ex[illegible] t name<br>J. E OATSVALL | 11 Nonqualified plans | 12 Benefits included in Box 1 |
| PO BOX 126<br>HOLLADAY TN 38341-0126 | 13 See Instrs. for Box 13<br>C 250.26<br>M 15.51<br>N 3.62 | 14 Other |
| f Employee's address and ZIP code | 15 Deceased ☐ Pension Plan ☐ | Deferred Compensation ☐ |

| 16 State | Employer's state I.D. No. | 17 State wages, tips, etc. | 18 State Income Tax |
|---|---|---|---|
| 19 Local | Employer's local I.D. No. | 20 Local wages, tips, etc. | 21 Local Income Tax |

REISSUE OMB No. 1545-0008 Department of the Treasury-Internal Revenue Service

FORM **W-2** Wage and Tax Statement **1999**

Copy C For employee's records

---

[illegible] 099-R ☐ CORRECTED (if checked) OMB No. 1545-0119 **1999**

Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts,etc.

| | |
|---|---|
| Gross distribution<br>16980.00 | 2a Taxable amount<br>16980.00 |
| 2b Taxable amount not determined ☐ | Total distribution ☐ |

PAYER'S name, street address, city, state, and ZIP code

BT SVCS TENNESSEE INC
DUPONT
PO BOX 291237
NASHVILLE, TN 37229

| | | | |
|---|---|---|---|
| PAYER'S Federal identification number<br>22-3524527 | RECIPIENT'S identification number<br>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 | | |
| 3 Capital gain (included in box 2a) | 4 Federal income tax withheld<br>754.56 | 5 Employee contributions or insurance premiums | |
| 6 Net unrealized appreciation in employer's securities | 7 Distribution code<br>7 | IRA/SEP SIMPLE ☐ | 8 Other % |
| 9a Your percentage of total distribution % | 9b Total employee contributions $ | | |

RECIPIENT'S name, and Street address (including apt. no.)

JAMES E OATSVALL
PO BOX 126
HOLLADAY, TN 38341

| | |
|---|---|
| 10PQ10 | 10 State income tax withheld |
| 11 State/Payer's state no. | 12 State distribution |
| 13 Lo[illegible] [illegible]me tax withheld / 14 Name of locality | 15 Local distribution |

[illegible]PY C For Recipient's Records — Department of the Treasury Internal Revenue Service

---

Form 1099-R ☐ CORRECTED (if checked) OMB No. 1545-0119 **1999**

Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs Insurance Contracts, etc.

| | |
|---|---|
| 1 Gross distribution<br>29,418.33 | 2a Taxable amount<br>28,800.30 |
| 2b Taxable amount not determined ☐ | Total distribution X |

PAYER'S name, street address, city, state, and ZIP code

MERRILL LYNCH TRUST COMPANY OF AMERICA
DU PONT SAVINGS AND INVESTMENT
PO BOX 30533
NEW BRUNSWICK NJ 08989-0533

| | | | |
|---|---|---|---|
| PAYER'S Federal identification number<br>13-3531709 | RECIPIENT'S identification number<br>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 | | |
| 3 Capital gain (included in box 2a) | 4 Federal income tax withheld<br>5,760.06 | 5 Employee contributions or insurance premiums | |
| 6 Net unrealized appreciation in employer's securities<br>618.03 | 7 Distribution code<br>7 | IRA/SEP SIMPLE | 8 Other % |
| 9a Your percentage of total distribution % | 9b Total employee contributions | | |

RECIPIENT'S name and street address (including apt. no.) city, state and zip code

OATSVALL, JAMES E
PO BOX 126
HOLLADAY TN 38341-0126

| | |
|---|---|
| Account number (optional)<br>700100 | 10 State income tax withheld |
| 11 State TN / Payer's state number | 12 State distribution |
| 13 Local tax withheld / 14 Name of locality | 15 Local distribution |

Copy C For Recipient's Records
This information is being furnished to the Internal Revenue Service.

Department of the Treasury Internal Revenue Service

700160 GE 7

**Copy C For EMPLOYEE'S RECORDS**
**(See Notice to Employee on back of Copy B.)**
**This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.**

a Control number
000037B

1999

OMB No. 1545-0008

Employer's identification number
62-6000486

c Employer's name, address, and ZIP code
6 630269
BENTON CO BOARD OF EDUCATION
197 BRIARWOOD
CAMDEN TN 38320

d Employee's social security number
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

e Employee's name, address, and ZIP code
JACKIE B. OATSVALL
P. O. BOX 126
HOLLADAY, TN 38341

| | |
|---|---|
| 1 Wages, tips, other compensation 6803.92 | 2 Federal income tax withheld 450.97 |
| 3 Social security wages 6803.92 | 4 Social security tax withheld 369.84 |
| 5 Medicare wages and tips 6803.92 | 6 Medicare tax withheld 84.16 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12 Benefits included in Box 1 |
| 13 See instrs. for Box 13 | 14 Other |

15 Statutory employee | Deceased | Pension plan | Legal rep. | Deferred compensation

| 16 State | Employer's state I.D. No. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| | | | | | | |

Form **W-2** Wage and Tax Statement **1999**

Department of the Treasury—Internal Revenue Service

---

**Copy C For EMPLOYEE'S RECORDS**
**(See Notice to Employee on back of Copy B.)**

Control number
53

OMB No. 1545-0008

b Employer identification number
62-6000487

c Employer's name, address, and ZIP code
BENTON CO ELECTRIC SYSTEM
P O BOX 429
CAMDEN TN 38320

69-0630132

d Employee's social security number
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

e Employee's name, address, and ZIP code
JAMES E OATSVALL
P O BOX 126
HOLLADAY, TN 38341

| | |
|---|---|
| 1 Wages, tips, other compensation 600.00 | 2 Federal income tax withheld |
| 3 Social security wages 600.00 | 4 Social security tax withheld 37.20 |
| 5 Medicare wages and tips 600.00 | 6 Medicare tax withheld 8.70 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12 Benefits included in box 1 |
| 13 See instrs. for box 13 | 14 Other |

15 Statutory employee | Deceased | Pension plan | Legal rep. | Deferred compensation

| 16 State | Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| | | | | | | |

Department of the Treasury—Internal Revenue Service

Form **W-2** Wage and Tax Statement **1999**

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

**Statement for Recipients of Interest Income**
**Copy B - For Recipient**

BANK OF CAMDEN
P.O. BOX 549
CAMDEN TN 38320

701-584-8236

Year 1999

5. Investment Expenses

All accounts shown below are for the Recipient identification number shown at left.

This is important tax information and is being furnished to the Internal Revenue Service and appropriate State officials. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Recipient's identifying number: 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

6. Foreign tax paid

3. Interest on U.S. Savings Bonds and Treas. obligations

7. Foreign country or U.S. possession

RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code

James E Oatsvall
P.O. Box 126
Holladay TN 38341

| Account Number / Type | 1 Interest income not included in box 3 | 2 Early withdrawal penalty | 4 Fed. income tax withheld |
|---|---|---|---|
| 64506018 | 554.28 | | |
| TOTALS ▶ | 554.28 | | |

---

**Proceeds From Real Estate Transactions**

OMB No. 1545-0997

**1999**

Form **1099-S**

FILER'S name, street address, city, state, ZIP code, and telephone no.

Henry County Title & Trust
Rosella M. Shackelford
214 East Washington Street
Paris, TN 38242
(901) 642-0008

1 Date of closing: Jan 13, 1999

2 Gross proceeds: $ 79,000.00

FILER'S Federal identification number: 62-1681749

TRANSFEROR'S identification number: 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

3 Address or legal description:
111450 McIllwain Rd.
Holladay, Tn. 38341

~~Bought~~
Built 1995

TRANSFEROR'S name: Oatsvall, Jackie

Street address (including apt. no.): P.O. Box 126

City, state, and ZIP code: Holladay, Tn. 38341

Account number (optional)

4 Transferor received or wi[...] as part of the considerat[...]

5 Buyer's part of real estate tax: $ 0.00

**Copy B**
**For Transferor**
This is important tax information and is being furnished to the Internal Revenue Service. If you [...]quired to file a [...], a negligence [...]enalty or other [...]nction may be [...] on you if this [...]required to be [...]ed and the IRS determines that it has not been reported.

[F]orm 1099-S (Keep for your records.) Department of the Treasury - Internal Revenue Service

COMBINED TAX STATEMENT FOR CALENDAR YEAR 1999

| NAME, ADDRESS, ZIP CODE AND FEDERAL I.D. NO. | CUSTOMER NAME, ADDRESS AND ZIP CODE |
|---|---|
| UNION PLANTERS BANK OF NORTHWEST TN<br>914 EAST WOOD STREET<br>PARIS TN 38242 | JACKIE OATSVALL<br>PO BOX 126<br>HOLLADAY TN 38341 |

CUSTOMER SERVICE PHONE #: 9016423825

FEDERAL I.D. NO.: 62-0317945

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.
Department of the Treasury - Internal Revenue Service

| ACCOUNT NUMBER | ACCOUNT TYPE | IRS DESCRIPTION | IRS BOX # | AMOUNT |
|---|---|---|---|---|
| ***************** | 1999 - 1099-INT, | INTEREST INCOME | | ***************** |
| 01300200000560251059 | | INT INCM NOT IN BX3 | 1 | 35.30 |

PLEASE NOTE:

Please make sure that the taxpayer identification number below is correct for these accounts, since there are penalties for incorrect numbers.

| TAXPAYER I.D. NUMBER ON FILE | FEDERAL INCOME TAX WITHHELD | TOTAL MORTGAGE INT/POINTS PAID (IRS FORM # 1098) | TOTAL CONTRIBUTIONS (IRS FORM # 5498) | TOTAL EARNINGS INT, DIV, & OID'S |
|---|---|---|---|---|
| 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 | .00 | | | 35.30 |

1099 INT - OMB# 1545-0112 **Instructions for Recipient** Box 1. Shows interest paid to you during the calendar year by the payer. This does not include interest shown in box 3. If you receive a Form 1099-INT for interest paid on a tax-exempt obligation, please see the instructions for your income tax return. Box 2.—Shows interest or principal forfeited because of early withdrawal of time savings. You may deduct this on the "Penalty on early withdrawal of savings" line of Form 1040. Box 3.—Shows interest on U.S. Savings Bonds, Treasury bills, Treasury bonds, and Treasury notes. This may or may not be all taxable. See Pub. 550, Investment Income and Expenses. This interest is exempt from state and local income taxes. This interest is not included in box 1. Box 4.—Shows backup withholding. For example, persons not furnishing their taxpayer identification number to the payer become subject to backup withholding at a 31% rate. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld. Box 5- Any amount shown is your share of investment expenses of a single-class REMIC. If you file Form 1040, you may deduct these expenses on the "Other expenses" line of Schedule A (Form 1040) subject to the 2% limit. This amount is included in box 1. Box 6.—Shows foreign tax paid. You may be able to claim this tax as a deduction or a credit on your Form 1040. See your Form 1040 instructions. Nominees.—If your Federal identification number is shown on this form and the form includes amounts belonging to another person, you are considered a nominee recipient. You must file Form 1099-INT for each of the other owners showing the income allocable to each. You must also furnish a Form 1099-INT to each of the other-owners. File Form(s) 1099-INT with Form 1096, Annual Summary and Transmittal of U.S. Information Returns, with the Internal Revenue Service Center for your area. On each Form 1099-INT, list your-self as the "payer" and the other owner as the "recipient." On Form 1096, list yourself as the "filer." A husband or wife is not required to file a nominee return to show amounts owned by the other.

BENTON FARMERS COOPERATIVE

001267

| REFERENCE | INVOICE DATE | INVOICE NO. | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| AMOUNT OF YOUR PURCHASES | | | 294.90 | | |
| YOUR TOTAL REFUND THIS YR - 1099 AMT | | | 15.01 | | |
| LESS AMT ADDED TO ALLOCATED RESERVE | | | 10.51 | | |
| CASH REFUND THIS YEAR | | | | | 4.50 |
| PATRONAGE FOR 1998 | | | | | |
| CERTIFIED SOCIAL SECURITY NUMBER | | | | | |

DETACH HERE BEFORE DEPOSITING

CO-OP

**BENTON FARMERS COOPERATIVE**
P.O. BOX 250
CAMDEN, TENNESSEE 38320

87-776
843

001267

BANK OF CAMDEN
CAMDEN, TENNESSEE

****************** Four AND 50/100 DOLLARS ******************

03R06 080998B 2

| DATE | CHECK NO. |
|---|---|
| 06/01/99 | 1266 |

| AMOUNT |
|---|
| *********4.50 |

THE ORDER OF
JAMES OATSVALL
P.O. BOX 126
HOLLADAY, TN 38341-0000

BENTON FARMERS COOPERATIVE

NON-NEGOTIABLE

AUTHORIZED SIGNATURE

⑈001267⑈ ⑆084307761⑆ 10188800⑈

BENTON FARMERS COOPERATIVE
CAMDEN, TENNESSEE
JUNE 1, 1999

RE: DISTRIBUTION OF BENTON FARMERS COOPERATIVE SAVINGS FOR FISCAL YEAR ENDING DECEMBER 31, 1998.

Dear Patron:

This letter will explain the distribution of savings for the fiscal year 1998. This distribution was authorized by the Board of Directors in accordance with the association's bylaws and the Federal Income Tax Regulations.

EXPLANATION OF DISTRIBUTION

| | |
|---|---|
| Net Savings (before dividends) | $ 89,192.23 |
| Less 5% Dividend on Preferred Stock | 1,544.22 |
| Amount Available for Distribution | $ 87,648.01 |

The Board of Directors voted to pay 30% of the net savings available for distribution in cash.

The enclosed qualified check represents 30% of your total refund. Please endorse and return the enclosed non-negotible check. The remaining 70% or the amount shown in your allocated reserve for this year on stub portion of your check will be added to your allocated reserve. The endorsing and cashing of this qualified check within ninety(90) days of issuance constitutes your consent to take into income, for federal income tax purposes, the amount shown on your check stub under your total savings this year.

Your patronage and support which made this refund possible is appreciated.

Sincerely,

BENTON FARMERS COOPERATIVE

Bob Hand

Bob Hand, Manager

Form 1040 Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return 2003** (99) IRS Use Only - Do not write or staple in this space

For the year Jan. 1 - Dec. 31, 2003, or other tax year beginning , 2003, ending , 20 | OMB No. 1545-0074

Label (See instructions) Use the IRS label. Otherwise, please print or type.

LABEL HERE

JACKIE B OATSVALL

P O BOX 126
HOLLADAY TN 38341

TAXPAYER COPY

Your social security number: 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
Spouse's soc. sec. number:

Important! You must ente your SSN(s) above.

Presidential Election Campaign (See instructions) Note. Checking "Yes" will not change your tax or reduce your refund. Do you, or your spouse if filing a joint return, want $3 to go to this fund? — You: [ ] Yes [X] No — Spouse: [ ] Yes [ ] No

**Filing Status** Check only one box
1 [X] Single
2 [ ] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4 [ ] Head of Household (with qualifying person). (See instructions). If the qualifying person is a child but not your dependent, enter this child's name here ▶
5 [ ] Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6
b [ ] Spouse
No. of boxes checked on 6a and 6b: 1

c Dependents:

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) √ if qualifying child for child tax credit |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than five dependents see instr.

No. of children on 6c who: • lived with you: 0
• did not live with you due to divorce or separation (see instr.): 0
Dependents on 6c not entered above: 0
d Total number of exemptions claimed — Add numbers on lines above ▶ 1

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 8,754. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 3,771. |
| b | Tax-exempt interest. Do not include on line 8 — 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | 20. |
| b | Qualified dividends (see instructions) — 9b 20. | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13a | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 13a | |
| b | If box on 13a is checked, enter post-May 5 capital gain distributions — 13b | | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions — 15a — b Taxable amount (see instructions) | 15b | |
| 16a | Pensions and annuities — 16a — b Taxable amount (see instructions) | 16b | 11,920. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits — 20a 13,440. — b Taxable amount (see instructions) | 20b | 3,093. |
| 21 | Other income. List type and amount (see instr.) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 27,558. |

**Adjusted Gross Income**

| Line | Description | | Amount |
|---|---|---|---|
| 23 | Educator expenses (see instructions) | 23 | |
| 24 | IRA deduction (see instructions) | 24 | |
| 25 | Student loan interest deduction (see instructions) | 25 | |
| 26 | Tuition and fees deduction (see instructions) | 26 | |
| 27 | Moving expenses. Attach Form 3903 | 27 | |
| 28 | One-half of self-employment tax. Attach Schedule SE | 28 | |
| 29 | Self-employed health insurance deduction (see instr.) | 29 | |
| 30 | Self-employed SEP, SIMPLE, and qualified plans | 30 | |
| 31 | Penalty on early withdrawal of savings | 31 | |
| 32a | Alimony paid b Recipient's SSN ▶ | 32a | |
| 33 | Add lines 23 through 32a | 33 | |
| 34 | Subtract line 33 from line 22. This is your adjusted gross income ▶ | 34 | 27,558. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions. Form **1040** (2003)

BCA Copyright form software only, 2003 Universal Tax Systems, Inc. All rights reserved. US1040$1 Rev. 1

2003) JACKIE B OATSVALL 409-66-(.354 Page 2

| Line | Description | Box | Amount |
|---|---|---|---|
| 35 | Amount from line 34 (adjusted gross income) | 35 | 27,558. |
| 36a | Check if: ☐ You were born before January 2, 1939 ☐ Blind. ☐ Spouse was born before January 2, 1939 ☐ Blind. Total boxes checked ▶ 36a ☐ | | |
| b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see instructions and check here ▶ 36b ☐ | | |
| 37 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 37 | 4,750. |
| 38 | Subtract line 37 from line 35 | 38 | 22,808. |
| 39 | If line 35 is $104,625 or less, multiply $3,050 by the total number of exemptions claimed on line 6d. If line 35 is over $104,625, see instructions. | 39 | 3,050. |
| 40 | Taxable income. Subtract line 39 from line 38. If line 39 is more than line 38, enter -0- | 40 | 19,758. |
| 41 | Tax (see instr.). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 41 | 2,610. |
| 42 | Alternative minimum tax (see instructions). Attach Form 6251 | 42 | |
| 43 | Add lines 41 and 42 ▶ | 43 | 2,610. |
| 44 | Foreign tax credit. Attach Form 1116 if required (44) | | |
| 45 | Credit for child and dependent care expenses. Attach Form 2441 (45) | | |
| 46 | Credit for the elderly or the disabled. Attach Schedule R (46) | | |
| 47 | Education credits. Attach Form 8863 (47) | | |
| 48 | Retirement savings contributions credit. Attach Form 8880 (48) | | |
| 49 | Child tax credit (see instructions) (49) | | |
| 50 | Adoption credit. Attach Form 8839 (50) | | |
| 51 | Credits from: a ☐ Form 8396 b ☐ Form 8859 (51) | | |
| 52 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Specify (52) | | |
| 53 | Add lines 44 through 52. These are your total credits | 53 | |
| 54 | Subtract line 53 from line 43. If line 53 is more than line 43, enter -0- ▶ | 54 | 2,610. |

Standard Deduction for —
- People who checked any box on line 36a or 36b or who can be claimed as a dependent, see instr.
- All others:

Single, or Married filing separately, $4,750

Married filing jointly or Qualifying widow(er), $9,500

Head of household, $7,000

**Other Taxes**

| Line | Description | Box | Amount |
|---|---|---|---|
| 55 | Self-employed tax. Attach Schedule SE | 55 | |
| 56 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 56 | |
| 57 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 57 | |
| 58 | Advance earned income credit payments from Form(s) W-2 | 58 | |
| 59 | Household employment taxes. Attach Schedule H | 59 | |
| 60 | Add lines 54 through 59. This is your total tax ▶ | 60 | 2,610. |

**Payments**

| Line | Description | Box | Amount |
|---|---|---|---|
| 61 | Federal income tax withheld from Forms W-2 and 1099 | 61 | 465. |
| 62 | 2003 estimated tax payments and amount applied from 2002 return | 62 | 600. |
| 63 | Earned income credit (EIC) | 63 | NO |
| 64 | Excess social security and tier 1 RRTA tax withheld (see instructions) | 64 | |
| 65 | Additional child tax credit. Attach Form 8812 | 65 | |
| 66 | Amount paid with request for extension to file (see instructions) | 66 | |
| 67 | Other pymts. from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 67 | |
| 68 | Add lines 61 through 67. These are your total payments ▶ | 68 | 1,065. |

If you have a qualifying child, attach Schedule EIC

**Refund**

Direct deposit? See instructions and fill in 70b, 70c, and 70d.

| Line | Description | Box | Amount |
|---|---|---|---|
| 69 | If line 68 is more than line 60, subtract line 60 from line 68. This is the amount you overpaid | 69 | |
| 70a | Amount of line 69 you want refunded to you ▶ | 70a | |
| b | Routing number XXXXXXXXXXXXXXXXXXXX ▶ c Type: ☐ Checking ☐ Savings | | |
| d | Account number XXXXXXXXXXXXXXXXXXXXXXXXX | | |
| 71 | Amount of line 69 you want applied to your 2004 est. tax ▶ | 71 | |

**Amount You Owe**

| Line | Description | Box | Amount |
|---|---|---|---|
| 72 | Amount you owe. Subtract line 68 from line 60. For details on how to pay, see instructions ▶ | 72 | 1,545. |
| 73 | Estimated tax penalty (see instructions) | 73 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ Yes. Complete the following ☐ No

Designee's name ▶ CINDY BARNETT Phone no. ▶ 731-584-4439 Personal identification number (PIN) ▶ 21958

**Sign Here**

Joint return? See instr. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation: ASSISTANT SECRETARY | Daytime phone number: 731-584-7827

Spouse's signature. If a joint return, both must sign | Date | Spouse's occupation

**Paid Preparer's Use Only**

Preparer's signature ▶ [signature] | Date 02/20/2004 | Check if self-employed ☐ | Preparer's SSN or PTIN P00125318

Firm's name (or yours if self-employed), address, and ZIP code ▶ FARMERS SERVICE INC, 147 BEAR CREEK PIKE, COLUMBIA TN 38402- | EIN 62-0805923 | Phone no. 931-388-7872

BCA Copyright form software only, 2003 Universal Tax Systems, Inc. All rights reserved. US1040$2 Rev. 1 Form 1040 (2003)

p.3 May 18 04 10:26a

May 19 04 10:44a p.4

This informa... is being f... ...to the Internal Re... Servi...

OMB No. 1545-0008

...ntification number
...00486

...er's name, address, and ZIP code
...NTON CO BOARD OF EDUCATION
...97 BRIARWOOD
CAMDEN
TN 38320

d Employee's social security number
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

e Employee's name, address, and ZIP code
JACKIE B OATSVALL
P.O. BOX 126
HOLLADAY
TN 38341

| | |
|---|---|
| 1 Wages, tips, other compensation 7554.47 | 2 Federal income tax withheld 464.59 |
| 3 Social security wages 7554.47 | 4 Social security tax withheld 468.38 |
| 5 Medicare wages and tips 7554.47 | 6 Medicare tax withheld 109.54 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 13 Statutory employee / Retirement plan / Third-party sick pay | 12b |
| 14 Other | 12c |
| | 12d |

| 15 State Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality n... |
|---|---|---|---|---|---|
| | | | | | |

Form **W-2** Wage and Tax Statement 2003 Department of the Treasury—Internal Revenue ...

Form **W-2** Wage and Tax Statement 2003 Department of the Treasury—Internal Revenue S...

...your Form 1040. See your ... income allocable to each. File Copy A of the form with the IRS. Furnish Copy B to each owner. ... with the Internal Revenue Service Center for your 1099-INT for each of the other owners showing the income allocable to each. File Form(s) 1099-INT with Form 1096, Annual Summary and Transmittal of U.S. Information Returns, with the ... other owner(s) as the "recipient." File Form(s) 1099-INT ... A husband or wife is not required to file a nominee return to show amounts owned by the other ... area. On Form 1096 list yourself as the "filer."

...questions ...re the taxable ...l Security ...complete ...Notice 703, call IRS at 1-800-829-1040.

**EXPLANATION OF ITEMS**
**Box 1–"Name"**– shows the

**Box 4–"Benefits Repaid to SSA in 2003"**– shows the total amount

## Facts About Computer Matching Programs

- Congress passed a law (PL 100-503) in 1988 that says you have a right to know that we may use information you give us when we match records by computer. Below, we tell you about computer matching and how it may affect you.

### What Are Computer Matching Programs?

Computer matching programs compare Social Security and/or Medicare records with those of other Federal, State, or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal Government.

### How Do Computer Matching Programs Affect You?

On forms that you fill out for us you give us information about yourself. Sometimes, we check the information you, and others, give us. We use computer matching to do the checking. The law allows us to check this way even if you do not agree to it. We may also share information about you with other government agencies that pay benefits. They will use this information in their computer matching programs.

### If You Want More Facts

If you want to learn more about computer matching or how we use information about you, please contact any Social Security office.

Er... n... p... p... F...

A... G... In...

Department of the Treasury
Internal Revenue Service

**Notice 703**
(Rev. September 2003)

For Di...
BCA

**Read This To See If Your Social Security Benefits May Be Taxable**

...and/or SSI ... will not have to file a Federal

**Note:** *If you plan to file a joint income tax return, include your*

Recevie 10,000.00 for Executor Fees for 1999

PAYER'S telephone number 931-535-3750

OMB No. 1545-0112

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, and ZIP code<br>LAKESIDE EMPLOYEES C.U.<br>1008 BROADWAY<br>NEW JOHNSONVL TN 37134 | PAYER'S RTN (optional) | CORRECTED (if checked) → 1999 FORM 1099-INT | Interest Income |
| PAYER'S Federal identification number 62-0759856 / RECIPIENT'S identification number 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 | 1 Interest income not included in box 3 $ 97.06 | | Copy B For Recipient |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code<br>*JAMES E OATSVALL<br>JACKIE B OATSVALL<br>PO BOX 126<br>HOLLADAY TN 38341-0126 | 2 Early withdrawal penalty $ 0.00 | 3 Interest on U.S. Savings Bonds and Treas. obligations $ 0.00 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 4 Federal income tax withheld $ 0.00 | 5 Investment expenses $ | |
| Account number (optional) 75-01 | 6 Foreign tax paid $ | 7 Foreign country or U.S. possession | |

FORM 1099-INT 16-0331690 (Keep for your records.) Department of the Treasury - Internal Revenue Service